IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. CASTAGNA, <br><br> Plaintiff, <br><br> v. <br><br> WEST MIFFLIN AREA SCHOOL DISTRICT, <br><br> Defendant. | Civil Action No. 2:18-cv-00894 <br><br> Magistrate Judge Lisa Pupo Lenihan |

## JUDGMENT

**IT IS ORDERED** this 15th day of April, 2022, that judgment is entered on behalf of the Plaintiff, Daniel R. Castagna, and against the Defendant, West Mifflin Area School District for $1,006,000.00.

Lisa Pupo Lenihan
United States Magistrate Judge

cc:    Counsel of record.