IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. CASTAGNA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEST MIFFLIN AREA SCHOOL ) <br> DISTRICT, ) <br> ) <br> Defendant. ) | Civil Action No. 2:18-cv-00894 <br><br> Magistrate Judge Lisa Pupo Lenihan |

**AMENDED JUDGMENT**

**IT IS ORDERED** this 22nd day of April, 2022, that judgment is entered on behalf of the Plaintiff, Daniel R. Castagna, and against the Defendant, West Mifflin Area School District for $2,946,500.00.

_[signature]_
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Counsel of record.