IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. CASTAGNA, | Civil Action No. 2:18-cv-00894-LPL |
| Plaintiff, | |
| v. | Magistrate Judge Lisa Pupo Lenihan |
| WEST MIFFLIN AREA SCHOOL DISTRICT, | |
| Defendant. | JURY TRIAL DEMANDED |

## PETITION FOR ATTORNEYS' FEES AND EXPENSES

Plaintiff, Daniel R. Castagna, through undersigned counsel, petitions for an award of attorneys' fees and costs. As set forth more fully in the accompanying brief in support of this petition, an award of attorneys' fees and costs is necessary and proper to make Plaintiff whole for Defendant's discriminatory conduct in this matter.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant this petition and award attorneys' fees and costs.

Respectfully submitted:

s/Colleen E. Ramage
Colleen E. Ramage
PA I.D. No. 64413
Nikki Velisaris Lykos
PA I.D. No. 204813
Ramage Lykos, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA  15219
(412) 325-7700 – phone
(412) 325-7755 – fax
cramage@ramagelykos.law
nlykos@ramagelykos.law

Attorneys for Plaintiff
Daniel R. Castagna