IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. CASTAGNA, </br></br>             Plaintiff, </br></br>   v. </br></br> WEST MIFFLIN AREA SCHOOL DISTRICT, </br></br>             Defendant. | Civil Action No. 2:18-cv-00894 </br></br> Magistrate Judge Lisa Pupo Lenihan </br></br> ECF No. 323 |

**ORDER ON DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

Presently before the Court is Defendant West Mifflin Area School District's Motion for Judgment as a Matter Law, ECF No. 323, filed pursuant to Fed. R. Civ. P. 50(b).

AND NOW, this 8th day of November, 2022, in consideration of the pending Motion at ECF No. 323, and for the reasons set forth in the Memorandum Opinion of even date herewith, IT IS HEREBY ORDERED that:

Defendant's Motion for Judgment as a Matter Law, ECF No. 323, is DENIED.

By the Court:

Lisa Pupo Lenihan
United States Magistrate Judge

1