IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL R. CASTAGNA, | ) | |
| Plaintiff, | ) | 2:18-CV-00894-LPL |
| vs. | ) | ECF NO. 311 |
| WEST MIFFLIN AREA SCHOOL DISTRICT, | ) | |
| Defendant, | ) | |

### ORDER OF COURT

AND NOW, this 28th day of December 2022, it is **HEREBY ORDERED** that Plaintiff's Petition for Attorney's Fees and Costs at ECF No. 311 is **GRANTED** in part and **DENIED** in part. Plaintiff is awarded:

$898,124.25 for attorneys' fees; and

$23,954.79 for costs.

_____
LISA PUPO LENIHAN
United States Magistrate Judge